# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHRISTOPHER S. HOGREN,**

    **Plaintiff,**

**v.**                                   **Case No.:  2:19-cv-854**
                                         **JUDGE GEORGE C. SMITH**
                                         **Magistrate Judge Vascura**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on February 20, 2020, recommending that the Court reverse the Commissioner's non-disability finding and remand this case to the Commissioner and the ALJ pursuant to Sentence Four of § 405(g) for further consideration consistent with the *Report and Recommendation.*  (Doc. 25).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  The decision of the Commissioner of Social Security is hereby **REVERSED** and this case is **REMANDED** to the Commissioner and the ALJ pursuant to Sentence Four of § 405(g).

The Clerk shall remove Document 25 from the Court's pending motions list and enter judgment in favor of Plaintiff.

    **IT IS SO ORDERED.**


                                                       */s/ George C. Smith*
                                                       **GEORGE C. SMITH, JUDGE**
                                                       **UNITED STATES DISTRICT COURT**