# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

CHRISTOPHER HOGREN,

        Plaintiff, : Case No. 2:19-cv-854

  - vs -                         Judge Sarah D. Morrison
                               Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF SOCIAL SECURITY,

                                         :

        Defendant.

## **ORDER**

     This matter is before the Court for consideration of a Report and Recommendation ("R&R) issued by the Magistrate Judge on May 12, 2020. (ECF No. 33). In that filing, the Magistrate Judge recommended that Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (ECF No. 28) be granted in part and the Court award Plaintiff $7,876.12 in attorney fees and costs (38.0 hours multiplied by $196.74 per hour, plus $400 in costs). The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the R&R, **GRANTS IN PART** Plaintiff's Motion, and **AWARDS** Plaintiff attorney fees and costs in the amount of **$7,876.12**. Further, if Plaintiff does not owe a debt to the United States, the Court **DIRECTS** the Government to honor an assignment of Plaintiff's EAJA fees to her counsel.

     **IT IS SO ORDERED.**

                                                         /s/ Sarah D. Morrison
                                                         SARAH D. MORRISON
                                                         UNITED STATES DISTRICT JUDGE